**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:      Brian A. Williams v. Devinah Finn

Appellate case number:    01-17-00476-CV

Trial court case number:   2008-56659

Trial court:               257th District Court of Harris County

Brian A. Williams filed a motion for rehearing on November 2, 2018. The motion is DENIED.

It is so ORDERED.

Judge's signature: ___/s/ Laura C. Higley_____
                        Acting for the Court

Panel consists of Justices Higley, Brown, and Caughey.

Date: ___November 29, 2018__